```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 02187
   JERLENE SMITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4983


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/24/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 09/14/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
DISCOVER                    SECURED            2140.16      345.59       1254.92
BAKER MILLER MARKOFF & K    NOTICE ONLY      NOT FILED        .00           .00
CALVARY INVESTMENTS         NOTICE ONLY      NOT FILED        .00           .00
HOMECOMINGS FINANCIAL       CURRENT MORTG     14409.34        .00      14409.34
HOMECOMINGS FINANCIAL       MORTGAGE ARRE      1950.81        .00       1950.81
SELECT PORTFOLIO SERVICI    CURRENT MORTG          .00        .00        565.60
SELECT PORTFOLIO SERVICI    MORTGAGE ARRE      1473.65        .00        181.63
AT&T WIRELESS               UNSECURED        NOT FILED        .00           .00
FIRST USA BANK              UNSECURED        NOT FILED        .00           .00
PALISADES COLLECTION LLC    NOTICE ONLY      NOT FILED        .00           .00
ILLINOIS BANK ONE           NOTICE ONLY      NOT FILED        .00           .00
BANK ONE DELAWARE           NOTICE ONLY      NOT FILED        .00           .00
CAPITAL ONE                 UNSECURED        NOT FILED        .00           .00
SHERMAN ACQUISITION         UNSECURED           860.48        .00           .00
COMCAST                     UNSECURED        NOT FILED        .00           .00
HARRIS TRUST & SAVINGS      UNSECURED        NOT FILED        .00           .00
BARONS CREDITORS SERVICE    NOTICE ONLY      NOT FILED        .00           .00
ECAST SETTLEMENT CORP       UNSECURED          1057.79        .00           .00
WORLD FINANCIAL NETWORK     UNSECURED           524.12        .00           .00
LUNA CARPET                 UNSECURED        NOT FILED        .00           .00
NATIONWIDE ACCEPTANCE~      UNSECURED           438.33        .00           .00
NICOR GAS                   UNSECURED           484.55        .00           .00
PAMELA DORNE MD SC          UNSECURED        NOT FILED        .00           .00
DEPENDON COLLECTION SERV    NOTICE ONLY      NOT FILED        .00           .00
PAYDAY LOAN STORE           UNSECURED        NOT FILED        .00           .00
WORLD FINANCIAL NETWORK     UNSECURED           559.37        .00           .00
SAMS CLUB                   UNSECURED        NOT FILED        .00           .00
AT & T BANKRUPCTY           UNSECURED        NOT FILED        .00           .00
COLLECTION COMPANY OF AM    NOTICE ONLY      NOT FILED        .00           .00
NCM TRUST                   UNSECURED          1386.94        .00           .00
SUNTRUST BANK               UNSECURED        NOT FILED        .00           .00
UNIFUND CORP                UNSECURED        NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02187 JERLENE SMITH
```

```
WORLD FINANCIAL NETWORK   UNSECURED       1117.72              .00              .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       1932.43              .00              .00
ECMC                      UNSECURED      22651.77              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY     NOT FILED              .00              .00
ADT                       UNSECURED    NOT FILED              .00              .00
BANK ONE NATIONAL PLAZA   UNSECURED    NOT FILED              .00              .00
BANK ONE CARD MEMBER SER  NOTICE ONLY  NOT FILED              .00              .00
BANK ONE                  NOTICE ONLY  NOT FILED              .00              .00
COMMONWEALTH EDISON       UNSECURED    NOT FILED              .00              .00
LEDFORD & WU              DEBTOR ATTY     2,500.00                         2,500.00
TOM VAUGHN                TRUSTEE                                          1,154.63
DEBTOR REFUND             REFUND                                           4,291.36

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   26,653.88

PRIORITY                                           .00
SECURED                                      18,362.30
    INTEREST                                    345.59
UNSECURED                                          .00
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                          1,154.63
DEBTOR REFUND                                 4,291.36
                          ---------------    ---------------
TOTALS                    26,653.88          26,653.88
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 05 B 02187 JERLENE SMITH